No. 83–793. HUGHES *v.* HOFFMAN, SUPERINTENDENT, MISSOURI STATE HIGHWAY PATROL. C. A. 8th Cir. Certiorari denied.

No. 83–796. HALLORAN *v.* DISPLAY CORPORATION INTERNATIONAL ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–797. MEMORIAL HOSPITAL ET AL. *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 11th Cir. Certiorari denied.

No. 83–809. HINKIE ET AL. *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–810. YORKE, TRUSTEE IN BANKRUPTCY *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–826. HAMED & SALEM, INC. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–831. STUEBIG, BY HIS GUARDIAN, HECKMANN *v.* WILLIS ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–841. BILLINGSLEY *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 83–844. CHERUBINI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–849. HYATT HOTELS CORP., DBA HYATT REGENCY NEW ORLEANS *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 11th Cir. Certiorari denied.

No. 83–875. SCHAAB *v.* SCHAAB ET AL. Sup. Ct. Ky. Certiorari denied.

No. 83–876. FREIRE ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–881. SHO-ME POWER CORP. *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION 53, AFL–CIO. C. A. 8th Cir. Certiorari denied.